UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
(WESTERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILSON COUNTY,<br><br>    Defendant. | Civil Action No. 5:21-cv-310-FL |

## JOINT NOTICE AND MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff United States of America and Defendant Wilson County, North Carolina, by and through their respective counsel, hereby notify the Court that a Consent Decree resolving the claims in this case was agreed upon, and jointly move the Court for final approval and entry of the Consent Decree, attached as Exhibit 1.

Dated: November 3, 2021

                                          Respectfully submitted,

                                          /s/ *Christopher Woolley*
                                          CHRISTOPHER WOOLLEY
                                          CA Bar No. 241888
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Rights Division
                                          Employment Litigation Section
                                          950 Pennsylvania Avenue, NW
                                          Washington, DC 20530
                                          (202) 305-3203
                                          christopher.woolley@usdoj.gov

                                          *Attorney for Plaintiff United States*

/s/John Pueschel  
JOHN PUESCHEL  
N.C. State Bar No. 28030  
WOMBLE BOND DICKINSON (US) LLP  
One West Fourth Street  
Winston-Salem, NC 27101  
Telephone: (336)721-3726  
Facsimile: (336) 721-3660  
John.Pueschel@wbd-us.com  

*Attorney for Defendant Wilson County*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record.

>                                             */s/ Christopher Woolley*
>                                             Christopher Woolley